AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>RYLAND ROGERS<br><br>*Defendant(s)* | ) ) ) ) ) ) )    Case No. 1:15-mj-208 |

F I L E D
APR 1 3 2015
CLERK, U.S. DISTRICT ...
ALEXANDRIA, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2015__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 C.F.R. § 1903.7 | The defendant unlawfully, knowingly, and intentionally trespassed by entering or remaining on an Agency installation without proper authorization. |

This criminal complaint is based on these facts:
(See attached affidavit.)

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Gene Rossi/Melissa A. Pientka

*Complainant's signature*
Robert P. Ellis, Officer,
Security Protective Service, Central Intelligence Agency
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __April 13, 2015__

/s/
John F. Anderson
United States Magistrate Judge

City and state: __Alexandria, VA__

Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*